# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Nos. 1D2024-2321
1D2024-2322
(Consolidated for disposition)

_____

MICHAEL C. CURTIS and B.D.M.
PROPERTY MANAGEMENT, LLC,

    Appellants,

    v.

DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION,
DIVISION OF CONDOMINIUMS,
TIMESHARES, AND MOBILE
HOMES,

    Appellee.

_____

On appeal from the Department of Business and Professional
Regulation.
Thomas Campbell, Director.


January 7, 2026


PER CURIAM.

    AFFIRMED.

BILBREY, KELSEY, and NORDBY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Luke Newman of Luke Newman, P.A., Tallahassee; Elias R Hilal of Law Office of Elias R. Hilal, P.A., Fort Lauderdale; William Nicholson Spicola of Komisar Spicola P.A., Tallahassee, for Appellants.

Brooke Elizabeth Adams, Chief Appellate Counsel, and Andrew Fier, General Counsel, Department of Business and Professional Regulation, Tallahassee; Alvan Balent, Jr., Department of Business and Professional Regulation, Fort Lauderdale, for Appellee.